**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, Plaintiff, | ) | |
| vs. | ) | Civil Action No. 07-CV-11598 RGS |
| STUART H. SOJCHER, ESQ., et al. Defendants | ) | |

## RENEWED MOTION FOR SUMMARY JUDGMENT

Plaintiff Continental Casualty Company ("Continental"), by its undersigned counsel, hereby submits its Renewed Motion for Summary Judgment, and states as follows:

1. On December 12, 2008, Continental moved for summary judgment, pursuant to Fed. R. Civ. P. 56, seeking a judgment rescinding Lawyers Professional Liability Policy No. LAW-26802248 issued to Stuart H. Sojcher ("Sojcher") for the August 1, 2005 to August 1, 2006 policy period (the "Policy") and determining that no coverage is available under the Policy for any claims made against Sojcher. (Doc Nos. 27-33)

2. On April 1, 2009, the Court dismissed Continental's Motion for Summary Judgment as moot given other activity in the case, but noted in its Order that: "The court understands that some of the issues argued in the dispositive motion remain and will be updated with a supplemental motion if the parties are unable to resolve their outstanding differences."

3. Continental hereby re-notices and resubmits to the Court by reference its previously-filed Motion for Summary Judgment. (*See* Doc. Nos. 27-33)

4. As set forth in the attached Joint Stipulation of the remaining parties in this case, Continental and Sojcher, Sojcher has no objection to Continental's resubmission of its Motion for Summary Judgment. *See* Joint Stipulation, attached hereto as Exhibit A.

5. Without admitting any specific facts, Sojcher acknowledges that Continental has grounds to and is entitled to rescind the Policy.

WHEREFORE, Continental respectfully requests that the Court enter summary judgment in Continental's favor and declare that (1) Continental is entitled to rescind the Policy and that the Policy is void *ab initio*; and (2) by virtue of such rescission, Continental has no obligation to defend nor indemnify Sojcher under the Policy for any claims made against him.

Respectfully submitted:

Dated: July 23, 2009

By: /s/ Kelly V. Overman

Richard A. Simpson (admitted *pro hac vice*)
rsimpson@wileyrein.com
Kelly V. Overman (admitted *pro hac vice*)
koverman@wileyrein.com
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7000 (phone)
(202) 719-7049 (fax)

Regina E. Roman
roman@srbc.com
William Boesch
boesch@srbc.com
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114-4737
(617) 227-3030 (phone)
(617) 523-4001 (fax)

*Counsel for Plaintiff Continental Casualty Company*

**CERTIFICATE OF SERVICE**

I hereby certify that this document is being filed through the ECF system, and that I am therefore relying on the system to complete service by sending copies of the filing electronically to the necessary counsel, who are registered participants.

William L. Boesch

417277